IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORENTHAL JAMES OWENS, | No. 1:16-cv-07324 |
| *Plaintiff*, | Judge Manish S. Shah |
| v. | Magistrate Judge M. David Weisman |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | |
| *Defendant*, | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF BENJAMIN H. RICHMAN

Pursuant to Local Rule 83.17, Plaintiff Orenthal James Owens hereby respectfully moves this Court for leave to withdraw the appearance of Benjamin H. Richman as one of the attorneys of record in this matter as Mr. Richman will no longer be working with the law firm of Edelson PC. Mr. Richman's withdrawal will cause no prejudice or delay, as Orenthal James Owens will continue to be represented by other counsel of record from Edelson PC.

WHEREFORE, Orenthal James Owens respectfully requests that Mr. Richman's appearance as counsel of record be withdrawn.

Dated: April 1, 2025                     Respectfully submitted,


By: s/ *Benjamin H. Richman*

Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

1